# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY

| | |
|---|---|
| **KRISTY ESTES,** individually and on behalf of all others similarly situated, | |
| *Plaintiffs*, | |
| v. | **Civil No. 6:18-cv-00197-GFVT** |
| **WILLIS & BROCK FOODS, INC.** and **JESSIE WILLIS,** individually**;** | |
| *Defendants*. | **JURY DEMANDED** <br> **FLSA COLLECTIVE ACTION** |

## UNOPPOSED MOTION TO FILE REDACTED SETTLEMENT DOCUMENTS

Defendants Willis & Brock Foods, Inc. and Jessie Willis, by counsel and pursuant to the Court's October 15, 2020 Order [Dkt. 38], respectfully move this Court to file redacted versions of the parties' Class Notice and Claim Form, Settlement Agreement and Release of Claims, and Supplemental Settlement Agreement and Release attached thereto ("Settlement Documents"). As grounds for this Motion, Defendants state as follows:

1.  Plaintiff filed this class and collective action against Defendants in this Court. Plaintiff has alleged that Defendants failed to properly reimburse delivery drivers for expenses, violating their minimum wage obligations.

2.  Subject to Court approval, the Parties have agreed to settle these claims on a FED. R. CIV. PROC. 23 class basis for a confidential settlement amount, inclusive of attorney's fees, litigation costs, and Plaintiff enhancement award. To effectuate the settlement and distribute funds to settlement class members, the Parties are contemporaneously filing herewith a Joint Motion for Preliminary Approval of Settlement Agreement requesting that the Court (1)

preliminarily approve the Settlement Agreement, (2) certify the proposed class for settlement purposes; (3) sign the proposed Preliminary Approval Order; (4) approve and authorize mailing/emailing of the proposed Class Notice of Proposed Class Action Settlement; and (5) set a date for a final approval hearing.

3. As part of their settlement, the Parties have agreed that the Settlement Documents would be filed under seal. This Court, however, denied Defendants' motion to file the Settlement Documents under seal and instead indicated that it would permit Defendants to move the Court to file the Settlement Documents in their redacted format.

4. Confidentiality of the terms of the Parties' resolution and the Settlement Documents furthers several important interests, including encouraging settlement, avoiding copycat litigation, conserving judicial and litigant resources, and protecting the Parties' privacy rights. Defendants realize that their concern for confidentiality must be balanced against the general presumption of the common law of a right of the public to inspect and copy all judicial records and documents. To that end, Defendants have attached the Settlement Documents with proposed redactions as <u>Exhibit 1</u> hereto.

5. The proposed redactions are narrow in scope and limited to the financial terms of settlement, as well as confidential personally identifiable information concerning Named Plaintiff Kristy Estes. The filing of the Settlement Documents with these proposed redactions will avoid prejudice resulting from the disclosure of confidential information regarding the monetary terms of settlement. Confidentiality of the monetary terms is a material term of the Settlement Agreement. The allegations and evidence of record supporting the claims and defenses in this case and the fact of settlement will remain accessible to the public.

6. Defendants submit that their interests in effectuating a mutually-beneficial private resolution of the claims and disputes in this case outweighs the public's interest in the precise dollar amounts of the settlement of this proceeding.

7. The parties have conferred and Plaintiff has no objection to this Motion or the proposed redactions.

## CONCLUSION

For the reasons set forth herein, Defendants respectfully request that this Court enter the attached order approving the filing of the Settlement Documents with the proposed redactions.

Respectfully submitted,

                                            */s/ Emily C. Lamb*
                                            David Domene
                                            Emily C. Lamb
                                            William E. Sharp
                                            BLACKBURN DOMENE & BURCHETT, PLLC
                                            614 West Main Street, Suite 3000
                                            Louisville, KY 40202
                                            Tel: 502-584-1600
                                            Fax: 502-584-9971
                                            ddomene@bdblawky.com
                                            elamb@bdblawky.com
                                            wsharp@bdblawky.com

                                            *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2020, I electronically filed the forgoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to the following:

David O'Brien Suetholz
515 Park Avenue
Louisville, KY 40208
Phone: 502-636-4333
Email: davids@bsjfirm.com

J. Gerard Stranch, IV *
**BRANSTETTER, STRANCH**
**& JENNINGS, PLLC**
223 Rosa L. Parks Avenue, Ste. 200
Nashville, TN 37203
Phone: (615) 254-8801
Fax: (615) 255-5419
Email: gerards@bsjfirm.com

J. Forester
Texas Bar No. 24087532
Matthew Haynie
Texas Bar No. 24087692
**FORESTER HAYNIE PLLC**
1701 N. Market Street, Suite 210
Dallas, Texas 75202
(214) 210-2100 phone
(214) 346-5909 fax
www.foresterhaynie.com

*Counsel for Plaintiffs*

                                                      */s/ Emily C. Lamb*
                                                      *Counsel for Defendants*